**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---:|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

October 2, 2023

MEMORANDUM TO COUNSEL

      Re:    *Neal v. Pentagon Federal Credit Union*
             Civil Action No. 18-cv-00451

Dear Counsel:

      As you know, on October 16, 2019, defendant filed a Suggestion of Bankruptcy, advising that, on September 6, 2019, plaintiff filed a Chapter 13 Bankruptcy Petition in the United States Bankruptcy Court for the District of Maryland. ECF 34. Under Section 362 of Title 11 of the United States Code, defendant claimed that this case was automatically stayed. *Id.* Defendant also requested that, "[a]s a result of the stay, no further pleadings or papers . . . be filed by the undersigned in this action until the stay is lifted or the bankruptcy case is dismissed or discharged." *Id.* at 1.

      In a Marginal Order signed October 16, 2019, and docketed on October 17, 2019, I granted the stay, "[p]ursuant to ECF 34." ECF 35.

      On June 3, 2022, the Bankruptcy Court closed plaintiff's case. *See* Bankruptcy Petition # 19-21987, ECF 71. However, neither plaintiff nor defendant in this case has moved to lift the stay in this Court. In any event, the stay expired upon dismissal or discharge of the bankruptcy case. *See* ECF 35.

      Accordingly, by **October 20, 2023**, I ask counsel to submit a report, joint if possible, as to the status of this case. If I do not hear from counsel by that date, I will assume that the parties do not wish to proceed with the matter and I will close this case.

      Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                          Sincerely,

                                                           /s/
                                                Ellen Lipton Hollander
                                                United States District Judge