IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| TIFFANY NEAL | * | |
| Plaintiff, | * | |
| v. | * | Civil No. 1:18-cv-00451-ELH |
| PENTAGON FEDERAL CREDIT UNION | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \*

## [~~PROPOSED~~] FINAL ORDER

This matter is before the Court on the Status Report [ECF 37] filed by Defendant Pentagon Federal Credit Union ("PenFed") on October 20, 2023. The Status Report requests, with Plaintiff Tiffany Neal's consent, that the Court dismiss without prejudice the Counterclaim that remains pending in this action and close this case. Upon consideration of the status report, it is hereby

**ORDERED** that PenFed's Counterclaim [ECF 23] is hereby **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that no claims remain pending in this action because all other claims were resolved by the prior orders dated November 5, 2018 [ECF 20], and August 27, 2019 [ECF 32]; and it is further

**ORDERED** that the parties shall each bear their own attorney's fees and costs; and it is further

**ORDERED** that the Clerk of Court shall ~~administratively~~ close this case.

ENTERED: October 24, 2023.

Ellen L. Hollander
Hon. Ellen Lipton Hollander
U.S. District Judge

1